UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                             :

SHARITA SLAGER,                             :

                         Plaintiff,       :               21-CV-2393 (JMF)

                                             :

                -v-                    :

                                           :

GLU MOBILE, INC. et al.,                  :

                                           :

                     Defendants.     :

                                         :
-------------------------------------------------------------------X
                                         :

ABBAS KHAMBATA,                     :

                         Plaintiff,       :               21-CV-2432 (JMF)

                                           :

                -v-                    :

                                         :                    ORDER

GLU MOBILE, INC. et al.,                  :

                                           :

                     Defendants.     :

                                         :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On March 18, 2021, Plaintiff Sharita Slager filed a complaint in 21-CV-2393.  On March

19, 2021, Plaintiff Abbas Khambata filed a similar complaint in 21-CV-2432.  On March 24,

2021, the Court directed the parties to file any opposition to consolidating the two cases no later

than March 31, 2021.  21-CV-2393, ECF No 4; 21-CV-2432, ECF No. 5).  No opposition was

filed by that date.  As the above-captioned actions involve common questions of law and fact and

no party opposes consolidation, it is hereby ordered that pursuant to Rule 42(a)(2) of the Federal

Rules of Civil Procedure, they are consolidated under the case number 21-CV-2393.  The initial

pretrial conference will proceed as previously ordered.  *See* 21-CV-2393, ECF No. 3.

It is further ORDERED that the named plaintiffs shall promptly serve a copy of this Order on each of the defendants and file proof of service on the docket.

The Clerk of Court is directed to file this Order on both above-captioned dockets, to consolidate 21-CV-2393 and 21-CV-2432 under case number 21-CV-2393, and to close 21-CV-2432.  All future filings shall be on the 21-CV-2393 docket.


      SO ORDERED.

Dated: April 1, 2021
      New York, New York

_____
JESSE M. FURMAN
United States District Judge