UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                   :
SHARITA SLAGER,                                                    :
                                                                   :
                                    Plaintiff,                     :              21-CV-2393 (JMF)
                                                                   :
                -v-                                                :
                                                                   :
GLU MOBILE, INC. et al.,                                           :
                                                                   :
                                    Defendants.                    :
                                                                   :
---------------------------------------------------------------------X
                                                                   :
JOSEPH REGO,                                                       :
                                                                   :
                                    Plaintiff,                     :              21-CV-3196 (JMF)
                                                                   :
                -v-                                                :
                                                                   :              ORDER
GLU MOBILE, INC. et al.,                                           :
                                                                   :
                                    Defendants.                    :
                                                                   :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On March 18, 2021, Plaintiff Sharita Slager filed a complaint in 21-CV-2393.  On April 13, 2021, Plaintiff Joseph Rego filed a similar complaint in 21-CV-3196.  On April 15, 2021, the Court directed the parties to file any opposition to consolidating the two cases no later than April 22, 2021.  21-CV-2393, ECF No 8; 21-CV-3196, ECF No. 4.  No opposition was filed by that date.  As the above-captioned actions involve common questions of law and fact and no party opposes consolidation, it is hereby ordered that pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, they are consolidated under the case number 21-CV-2393.  The initial pretrial conference will proceed as previously ordered.  *See* 21-CV-2393, ECF No. 3.

It is further ORDERED that the named plaintiffs shall promptly serve a copy of this

Order on each of the defendants and file proof of service on the docket.

The Clerk of Court is directed to file this Order on both above-captioned dockets, to

consolidate 21-CV-2393 and 21-CV-3196 under case number 21-CV-2393, and to close 21-CV-

3196.  All future filings shall be on the 21-CV-2393 docket.

SO ORDERED.

Dated: April 23, 2021
     New York, New York

_____
JESSE M. FURMAN
United States District Judge