UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                        :

SHARITA SLAGER,                      :

                        :

               Plaintiff,        :         21-CV-2393 (JMF)

                        :

       -v-                :          ORDER

                        :

GLU MOBILE, INC. et al.,         :

                        :

              Defendants.    :

                        :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

In light of the fact that Defendants have until June 7, 2021, and June 14, 2021, to answer or otherwise respond to the respective Complaints in this action, the initial pretrial conference scheduled for June 1, 2021, is adjourned to **June 28, 2021**, at **4:00 p.m.** The dates and deadlines set forth in the Court's Order of March 19, 2021, otherwise remain in effect. *See* ECF No. 3.

      SO ORDERED.

Dated: May 24, 2021
      New York, New York                                          
                                           JESSE M. FURMAN
                                     United States District Judge