UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARITA SLAGER<br><br>Plaintiff,<br><br>v.<br><br>GLU MOBILE, INC., NICK EARL, NICCOLO DE MASI, ERIC BALL, ANN MATHER, HANY NADA, BENJAMIN T. SMITH, IV, GREG BRANDEAU, BEN FEDER, GABY TOLEDANO, and DARLA K. ANDERSON,<br><br>Defendants. | Case No.: 1:21-cv-02393-JMF |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Sharita Slager voluntarily dismisses her claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: June 14, 2021

Respectfully submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com

*Attorneys for Plaintiff*

SO ORDERED.

June 14, 2021